467 A.2d 56

Commonwealth v. Solomon, Appellant.

Submitted June 22, 1983. Alonderae J. Barnes, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

467 A.2d 56

Commonwealth v. Thomas, Appellant.

Submitted June 1, 1983. Anne L. Wall, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.